UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URIEL CASTANEDA, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) CASE NO. C12-4-TSZ-JPD |
| | ) |
|     v. | ) |
| | ) REPORT AND RECOMMENDATION |
| SIX UNKNOWN AGENTS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

Plaintiffs Uriel Castaneda, Phuong Duong, and Young Yil Jo are federal prisoners who are currently incarcerated at the Big Spring Correctional Institution in Big Spring, Texas. On January 3, 2012, plaintiffs submitted to this Court for filing a proposed civil rights complaint. (*See* Dkt. No. 1.) However, plaintiffs failed to submit with their complaint either the $350 filing fee or applications for leave to proceed with this action *in forma pauperis*. Accordingly, the Clerk sent plaintiffs a letter advising them that they would have to submit either the entire filing fee, or applications for *in forma pauperis* status, on or before February 2, 2012, and that their failure to do so could result in dismissal of this case. (Dkt. No. 5.) The Clerk also sent plaintiffs the appropriate *in forma pauperis* application forms. (*See id.*) To date, plaintiffs

have submitted neither the filing fee nor any applications for leave to proceed *in forma pauperis*.

As plaintiffs have had ample time to comply with the filing fee requirement, but have failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 8th day of March, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2