UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URIEL CASTANEDA, *et al.*, | ) |
| Plaintiffs, | ) CASE NO. C12-4-TSZ |
| v. | ) |
| SIX UNKNOWN AGENTS, *et al.*, | ) ORDER OF DISMISSAL |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 6, to which no objections have been filed, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice for failure to prosecute.

//

//

//

ORDER OF DISMISSAL
PAGE - 1

01        (3)    The Clerk is directed to send copies of this Order to plaintiffs and to the

02 Honorable James P. Donohue.

03        DATED this 2nd day of April, 2012.

                                       THOMAS S. ZILLY
                                       United States District Judge

ORDER OF DISMISSAL
PAGE - 2